**IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT**
**For the District of Louisiana**

'court of record'

RECEIVED

JUL 21 2017

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**FILE ON DEMAND**

CASE #

Mary s. Jennings
      Claimant

Claim: Challenge Jurisdiction
Claim for Trespass
Claim for Trespass On the Case
FDCPA, FCRA & TCPA
CAUSED HARM AND INJURY

Vs.

(verified)

Capital One Bank USA
Richard Fairbanks
Christopher Couch
J. Ward Conville
Fred N. Blitt
Remi F. Symons
Equifax Information Services LLC
Experian Information Solutions Inc
Transunion LLC

      Defendants

---

i, require: a common law "court of record':

**FIRST CAUSE OF ACTION-TRESPASS**

PARTIES

1.    Comes now, Mary Jennings, ("Jennings") a people of sound mind of Louisiana, hereinafter claimants, in this court of record and brings this action and complains of each of the following: defendants(s) Capital One Bank USA ("corporation 1"); Christopher Couch ("COUCH"); J. Ward Conville ( "CONVILLE");   Fred N, Blitt('BLITT"); Reni F. Symons ("Symons"); Equifax Information Services LLC ("corporation 2"); Experian Information Solutions Inc ("corporation 2"); Transunion LLC ('corporation 3"); hereinafter defendants, **who**

are each summoned to answer said action in a plea of trespass and trespass on the case to wit: have failed to validate and verify an alleged debt they are attempting to collect.

2.      Defendant(s) ignored this request dated on March 21, 2017: **Notice:** This Presentment lacks the endorsement of the person accepting the commercial liability for making this claim. Please correct the defect and return presentment per UCC §3-401.

3.      Failed to furnish wet signature contracts. Within 20 days if the request is not verified, claimant will request from the court the following:

   a. Defendants failed to validate the alleged debt. FDCPA violations.
   b. Defendants failed to verify the alleged debt and did not mark disputed on credit bureau. FCRA violations.
   c. Defendants called claimant after she withdrew their authorization to call her and they violated her cease and desist letter, DO NOT CALL. 20 calls @ $1,500.00 each.
   d. Capital One has refused to furnish that their company lost money on this account.
   e. Capital One has refused to furnish if they have an IOU from the Federal Reserve regarding this account.

FDCPA, FCRA and TCPA violations and $1500 per day from the first day of contact until settled in this court.

## INTRODUCTION

4.      As detailed herein, each defendant exceeded his jurisdiction under color of law by either directly, or through an agent, or in concert with another, did cause claimant to harmed and injured. Defendants retaliated against claimants for demanding validation including wet signatures and verification from the credit bureaus. daring to enforce claimants' natural and constitutional rights. This attack occurred without jurisdiction under color of law in direct violation of 18 USC 241, Conspiracy against rights, and 18 USC 242, deprivation of rights under color of law. As documented herein, defendants worked in unison to hinder the due process of

law and to commit a fraud upon the court for the purpose of said vindictive prosecution of claimants Jennings under color of law infringing on claimant's rights.

5.      For clarification, in this action at law the U.S.A. or "continental" refers to that entity created by The Constitution for the United States of America and governed under the common law as guaranteed by The Constitution for the United States of America. U.S. refers to the United States federal corporation created by an act of Congress in February 21st, 18715 under the authority of Article I, Section 8, Clause 17 of The Constitution for the United States of America which limits said corporation to the District of Columbia. The former is that entity restricted and governed by The Constitution for the United States of America and the later is merely a corporation operating outside that controlling document established for the deceptive relieving of the agents of the federal government of any Constitutional infringements on the rights of the people.

6.      This action is a direct challenge to the jurisdiction of the defendants named herein.

7.      As documented herein, each defendant conspired to obstruct the natural and constitutionally protected rights of claimants in violation of 18 USC 241.

8.      All defendants have or are required by statutes to have a sole and sworn duty to secure claimants' inalienable rights. It is not possible for the defendants to secure claimants rights and violate them.

---

1Basso  v. Utah Power & Light Co.,        495 F 2d 906, 910; Joyce  v. US, 474 F2d 215; Bradbury v. Dennis, 310 F.2d 73 (10th Cir.      1962); Rosemond v. Lambert, 469 F2d 416; Latana v. Hopper, 102 F.    2d 188; Melo v. United States, 505 F. 2d 1026 Middleton v. Low       (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607,  608; Elliott v Peirsol, 1 Pet. 328, 340, 26 U.S. 328, 340, 7L.Ed.      164 (1828) Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409

1.Color of Law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

2 Imprison: To confine a person or restrain his liberty in any way. Black's Law Dictionary, 5th Edition
Imprisonment: ...it may be in a locality used only for the specific occasion; or it may take place without the actual
application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of
available force. Black's Law Dictionary, 5thEdition

3 Due process of law is process according to the law of the land ... . . . Due process of law in the latter [the Fifth
Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the
legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits
therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews,
delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).]

4 28 USC § 3002 (15) "United States means -- (A) a federal corporation

5 The District of Columbia Act of 1871, Chapter 62, 16 Statutes at Large, 419


## PROPER VENUE

9.    This    action includes defendants who are employed by defendant corporation 1 and/or

subdivision of corporation 1 who acted under color of law.  It also includes defendants employed

by corporation 2 and corporation 3 who acted under color of law. Damages far exceed

$150,000.00. Not only have federal statutes been violated, but claimant's Constitutional rights

have been violated.

10.    Additionally, defendants are in violation of multiple federal statutes including but not

limited to those mentioned above.

## SPECIFICS

11.    At all times mentioned In this action at law, each defendant is the agent of the other, and

in doing the act alleged in this action, each is acting in course and scope of said agency. The

following paragraphs describe what the defendants, under color of law, either acted or failed to

act as obligated.

12.    Each defendant exceeded his jurisdiction under color of law. Each defendant acted in

concert with the remaining defendants to effect the unlawful loss of liberty of claimants

13.     The state of Louisiana is established by the people with the republican form of government as guaranteed by Article IV, Section 4 of the Constitution for the United States of America.

14.     Claimants are not U.S. citizens, U.S. persons, corporations or "tax payers". Claimants are people and not things owned by any corporation.

15.     However, under a republican form of government, "in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated." In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.

1 Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

16.     The superior court is that court of record that meets the definition of the court of record as provided in Black's Law dictionary 4th edition. It excludes all inferior courts which are courts that proceed with statutes rather than the common law.

17.     This is an action at law proceeding in a court of record wherein "judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony." (3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231) for the public to view.

18.     Although some of the defendants are members of the private BAR guild.

19.    Esquire is a title of nobility that falls between gentleman and knight.

20.    Article 1, Section 9, Clause 8 of The Constitution for The United States of America disallows the United States from granting a title of nobility.

21.    Article 1, Section 10, Clause 1 of The Constitution for the United States of America disallows any of the States from granting a title of nobility. As such, all BAR member "esquires" are foreign agents required to register with the United States of America as such as required by the Foreign Agent Registration Act.

22.    None of the defendant BAR member esquires have registered as required by the Foreign Agent Registration Act.

   a.   Christopher Couch, J. Ward Conville,Fred N. Blitt, Remi F. Symons attorneys representing Capital One have refused to furnish the Foreign Agent Registration Act documentation requested by the claimant.

23.    This investigation revealed an international criminal enterprise perpetrated by the defendant members of the BAR.

24.    A discovery of a public official or officer failing to follow the strict requirements of taking his oath of office and filing a bond, noticed said official or officer of his invalid oath and/or bond and allotted 40 days to rectify the inadequacy as required by law, as any public official or officer not on a valid oath or bond as required by law is merely impersonating said official or officer.

## SECOND CAUSE OF ACTION – TRESPASS

25.    Paragraphs 1 through 24 are included as though fully stated herein.

26.    All defendants refused to furnish claimant copies of original contract with wet signatures and credit bureaus refused to verify the disputed accounts.

## THIRD CAUSE OF ACTION – TRESPASS

27.     Paragraphs 25 through 26 are included as though fully stated herein.

28.     All of the attorney defendants named herein are not on a valid oath of office as required by The Constitution at Article VI, Clause 316.

29.     All of the attorney defendants named herein have refused to furnish a copy of their Foreign Agent Registration Act.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or

## FOURTH CAUSE OF ACTION – TRESPASS

Paragraphs 1 through 66 are included as though fully stated herein.

30.     The American BAR Association, ("ABA") and the Louisiana Bar Association, ("CBA") have conspired with actors in government to overthrow the republican form of government as guaranteed in Article IV, Section 4 of the Constitution for the United States of America.

31.     The Constitution does not permit the granting of a title of nobility.

32.     Members of the BAR have been granted the title of nobility that falls between gentleman and knight.

33.     The title of nobility is granted by the crown of England through the corporation "Northern Trust Company" formed under the crown of England.

34.     The original 13th article of amendment to the Constitution for the United States of America, which has never been repealed, does not permit anyone with a title of nobility to serve in public office. It additionally revokes the citizenship of anyone who has accepted a title of nobility from a foreign entity of any kind. "If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor,

king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

35.     As such, all defendants who are members of the Louisiana Bar OR the American BAR Association are not permitted to serve in public office. The Constitution for the United States of America has made it abundantly clear that anyone with a title of nobility was not welcomed to participate in the government of the USA. It is through deception and fraud that the foreign agent BAR members have usurped the authority of the USA and replaced it with the US, "a federal corporation".

36.     Defendants cannot have the best interests of the American people at heart when they have sworn allegiance to a foreign entity.

37.     The Louisiana BAR Association is a non-governmental private Association (corporation) and an unconstitutional monopoly. It is an illegal and criminal enterprise that violates Article 2, Section 1, Separation of Powers clause of the Constitution for the United States of America. There is no power or authority for joining of Legislative, Judicial, or Executive within a state as the BAR is attempting in Louisiana. The Louisiana BAR Association is a legal monopoly and violates of Article V Section 25 Louisiana Constitution 1876. In doing so they have changed the jurisdiction of the constitutional "courts of justice" used by the people under common law into non constitutional statutory "justice courts" for persons enforced as color of law on the people.

38.     The Louisiana Bar Association is "deeply interested" because the people designated county courts as courts of record and the people's tribunals in the Louisiana Constitution 1876. No statutory or constitutional court (whether it be an appellate or supreme court) can second-guess the judgment of a court of record. "The judgement of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgement of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973). The BAR Association along with the three Departments of Government wanted to strip the people of their power.

39.     The people created the county courts which is absolute and unalterable except by the authority from which it emanated. The BAR association nor the Executive, Legislative or the Judicial Branches are authorized to abolish any part of the Louisiana Constitution only the people who created it may. This was an attempt to abolish the law by all departments of the government colluding against the people with a unjust monopoly, the Louisiana BAR Association, whose actions in Louisiana are inoperative and void. The Constitution is the fundamental law of the state, in opposition to which any other law or any direction or order must be inoperative and void. Asplund v. Harnett, 31 N.M. 641, 249 P. 1074, 58 A.L.R. 573.

40.     There is no Legislative Authority for the International B.A.R., or the American B.A.R., the British Accreditation Registry, to be created. Nor is there authority to work in the courts, and to monopolize the courts. BAR members issue their own union cards, deceptively leading the people to believe they are "Licenses." Imagine a private Carpenter's Union issuing their own licenses. This type of monopoly is against the Taft-Hartley Act, The Clayton Trust Act, the Sherman Antitrust Act, and the Smith Act. Bar members are a SELF-APPOINTED monopoly.

41.     "No state legislator or executive or judicial officer can war against the constitution without violating his undertaking to support it. The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). Southern Pacific Co. v. Porter, 160 Tex 329,331 SW2d 42), and no new powers contrary to our Common Law Rights/Immunities were "granted" to the state.

42.     The House journal January 22, 1937 states "'They have developed a "No Man's Land" of jurisdiction." Have declared their legislation above the people by creating inferior statutory courts or unconstitutional "justice courts" with Louisiana Bar Association members on both sides of the Bench. These courts are not only unconstitutional they violate the Taft Hartley Act by running a closed union shop with BAR members on both sides of the bench using statutes for persons as color of the people's law.

43.     "In this connection it is pertinent to observe that section 1, article VI, Constitution of the state of Louisiana, reads: "The judicial power of the state as to all matters of law and equity,

except as in the constitution otherwise provided, shall be vested in the supreme court, district courts, county courts, and such other courts as may be provided by law. * * *" (Italics ours.) "Justice courts are not constitutional courts and exist under authority and by permission of the legislative branch of the government. Section 2, article VI of the Constitution of the state of Louisiana, is as follows: "The supreme court, except as otherwise provided in this constitution, shall have appellate jurisdiction only, which shall be co-extensive with the state, and shall have a general superintending control over all inferior courts, under such regulations and limitations as may be prescribed by law." "Justice courts are unquestionably inferior courts, Such a statute is in its effect a limitation by the legislature on the superintending control that may be exercised by the Supreme Court over a purely statutory court. But slight consideration is required to convince one of the soundness of the distinction that has been made in our statutes between courts of record and justice courts, which are not courts of record. Justice courts are courts of limited jurisdiction. With few exceptions the justices of the peace who preside at the trials are men with no legal training whatsoever, nor are they required by law to have such training. No record is made of the proceedings in justice courts, nor are such proceedings ever reviewed by any court to which the cause may be appealed." United Securities Corp. v. Pantex Pressing Machine Inc., 53 P.2d 653, 98 Colo. 79 (Colo.11/25/1935).

44.     The BAR Association members have not only declared their legislation is above the people, the use their legislation as color of law against the people in inferior courts they owe their allegiance to in the administration of justice not to the people. "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652; Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court."

45.     "Statutes are enactments and rules for the government of civil conduct, promulgated by the legislative authority of a state. It is an important characteristic of such laws that they are tentative, occasional, and in the nature of temporary expedients." 11 Am Jurisdiction.

46.     Two types of courts, Courts of record or "courts of justice" created by the people and proceed according to the constitution or common law, and inferior courts not of record or "justice courts" created by the legislature and proceed according to statutes or statutory law.

47.     The Louisiana BAR members are not licensed to practice law or due process in Louisiana. "The practice of law can not be licensed by any state/State. Schware v. Board of Examiners, United States Reports 353 U.S. Anyone can practice law, "The practice of Law is an occupation of common right." Sims v. Aherns, 271 S.W. 720 (1925).

48.     The Louisiana BAR Association does practice the law of the Corporation or statutes, statutory or color of law for persons or corporations and government employees unlawfully enforced on the people in "justice courts". "The effect of the statute is to eliminate altogether the question of intent and this is a denial of due process of law. Calder v. Bull, 3 Dall 386; Coffey v. Harlan County, 04 U.S. 659.

49.     The BAR Association controlled statutory courts are called "Justice Courts" they are non constitutional courts that use statutes not due process or the law of the land. Orders from these courts come from biased members of the Louisiana BAR Association an unjust monopoly with members on both sides of the bench and are void. "A prejudiced, biased judge who tries a case deprives a party adversely affected of due process." See Nelson v. Cox, 66 N.M. 397.

50.     The right to a tribunal free from bias and prejudice is based on the Due Process Clause. Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his/her property, then the judge has engaged in the crime of interference with interstate commerce; the judge has acted in his/her personal capacity and not in the judge's judicial capacity. See U.S. v. Scinto, 521 F.2d 842 at page 845, 7th circuit, 1996. Party can attack subject matter jurisdiction at anytime in the proceeding, even raising jurisdiction for the first time on appeal, State v. Begay, 734 P.2d 278. The judges involved in the attack against claimants

in the inferior courts are not qualified to sit as judges as they have been proven to be in violation of Louisiana statutes and the Louisiana constitution in regards to oath and bond.

51.     The swearing in "fundamental and integral" So these persons understood they are to protect the people's rights instead of violate them in non constitutional "justice courts" violating the people's due process in an inferior court. These Louisiana BAR Association members swore they have knowledge of law and know or should have known that judicial proceedings should commence under the common law in a court of record independent of a magistrate, unlike unconstitutional statutory courts the Louisiana BAR Association monopolize. "A 'court of record' is a judicial tribunal having attributes and exercising functions independently of the person or the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

52.     The criminal impersonators are without excuse for bringing fraud upon the court and their scheme or artifice to defraud the people enforcing statutes or statutory law when they swore an Oath to the Law of the land and due process to protect the peoples rights and protect the oppressed not violate the people's rights as the oppressor. The persons have perjured their oath and their Colorado Rules of Professional Conduct, committing multiple felonies against the people including frauds and swindles, racketeering activity, false claims and sedition and violation of the Smith Act of 1940 prohibits the knowing advocacy of the overthrow of the Government of the United States by force and violence., conspiracy against rights, deprivation of rights under color of law, corruption, and others listed below.

53.     The BAR members throughout these united states have conspired with the enemy to overthrow the Constitutional republican form of government for the purpose of administering the bankruptcy of the United States corporation. The debt owed by the US is not the debt of the USA, which has not entered into the agreements with the privately held Federal Reserve Bank, a

bank that had 14 original , and mostly foreign, shareholders that included J.P. Morgan and John D. Rockefeller.

54.     It is through this unlawful bank monopoly, that the unconstitutional Federal Reserve Note was forced on the people, contrary to Article 1, Section 10, Clause 1 of the Constitution for the United States of America which disallows any state to allow any thing to be tendered in exchange for debt "other than gold and silver coin."

55.     One additional ploy used by the BAR member foreign agents is to claim that a filing is "unintelligible", "incomprehensible" or "giberish". These two are simply ploys to avoid responding to a lawful argument that the foreign agent BAR members cannot overcome as it would reveal the fraud in which the BAR members are participating. While these arguments make the foreign agents BAR members appear to be ignorant, claimants contend this is an intentional ploy used to interfere with due process of law. The ploy is the foreign agent BAR member are operating in commerce as "persons" while the opposition people is communicating from a human being perspective and the foreign agent BAR members are not acknowledging they comprehend what is being said by the people human beings. The closed union shop violates the Taft-Hartley Act, The Clayton Trust Act, the Sherman Antitrust Act, and the Smith Act.

## FIFTH CAUSE OF ACTION – TRESPASS

56.     Equifax Information Services LLC ("corporation 2"); Experian Information Solutions Inc ("corporation 2"); Transunion LLC ('corporation 3"); violating the Fair Credit Reporting Act ("FCRA") which requires a credit reporting agency to provide a free credit report once every 12 months and to operate a central source – AnnualCreditReport.com – where consumers can get their report.

57.     Equifax Information Services LLC ("corporation 2"); Experian Information Solutions Inc ("corporation 2"); Transunion LLC ('corporation 3"); refused to verify this disputed account, violating the Fair Credit Reporting Act ("FCRA").

58.     Equifax Information Services LLC ("corporation 2"); Experian Information Solutions Inc ("corporation 2"); Transunion LLC ('corporation 3'); verified this account as correct without furnishing proof of how they obtained this information, violating the Fair Credit Reporting Act ("FCRA").

59.     Equifax Information Services LLC ("corporation 2"); Experian Information Solutions Inc ("corporation 2"); Transunion LLC ('corporation 3'); violated the <u>FCRA</u> – which regulates the collection, dissemination, and use of consumer information – "because they allegedly falsely reported on plaintiff's credit, failed to follow reasonable procedures, and failed to conduct reasonable reinvestigation or correct erroneous information with respect to the inaccurate credit information."

### SIXTH CAUSE OF ACTION – TRESPASS

Due process of law is process according to the law of the land .... . . . Due process of law in the latter [the Fifth Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).] The District of Columbia Act of 1871, Chapter 62, 16 Statutes at Large, 419

### REQUEST FOR RELIEF

60.     For that cause of action therefore claimant brings her suit.

61.     WHEREFORE, claimant requests relief and judgment against defendants as follows:

62.     WHEREFORE, claimant prays judgment against defendants, and each of them, as follows:

63.     For First Cause of Action, $20,000.00.

64.     For Second Cause of Action,  $20,000.00.

65.     For Third Cause of Action $20,000.00

66.     For Fourth Cause of Action $20,000.00

67.    For Fifth Cause of Action $20,000.00

68.    For Sixth Cause of Action $30,000.00

69.    That the court enter a declaratory judgment ordering defendants update its records, removing negative information.

70.    That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege;

71.    That the court enter a declaratory judgment that defendants actions were in excess of statutory jurisdiction, authority and short of  statutory right;

72.    That the court permanently enjoin defendants from interfering with claimant's lawful rights.

73.    That the court enter a judgment dismissing the claim filed in Ascension Parish, Louisiana.

74.    That the court grant claimant such other and further relief as the court deems proper;

75.    For interest as allowed by law;

76.    For cost of suit;

77.    Defendants to pay claimant $1,500 per day from first day of dispute until settled in this court.

<u>All correspondence will be in writing, there will no oral arguments.</u>

I declare under penalty of perjury in the United States of America that the foregoing facts are true and correct to the best of my knowledge.

July 3rd, 2017,  Saint Amant, LA

*Mary S. Jennings*

Mary S. Jennings

9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

## PROOF OF MAILING

I, certify that the true  and correct copy of the foregoing document for Court of Record will
served upon  by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S. at
Saint Amant, Louisiana and address mail to:

| | |
|---|---|
| US DISTRICT COURT CLERK OF COURT<br>707 FLORIDA ST #119<br>BATON ROUGE, LA 70801 | CAPITAL ONE BANK USA<br>RICHARD FAIRBANKS<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |
| COUCH CONVILLE BLITT,<br>ATTORNEY AT LAW<br>ATTN: CHRISTOPHER COUCH,<br> J WARD CONVILLE,<br>FRED N. BLITT, RAMI F. SYMONS<br>1450 POYDRAS STREET, STE 2200<br>NEW ORLEANS, LA 70112 | EQUIFAX INFORMATION SERVICES INC<br>1550 PEACHTREE ST<br>ATLANTA, GA 30309 |
| EXPERIAN INFORMATION SOLUTIONS<br>475 ANTON BLVD. | TRANSUNION LLC<br>555 WEST ADAMS ST |

| COSTA MESA, CA 92626-7037 | CHICAGO, IL 60661-3719 |
|---|---|
| | |
| | |

Dated:   4th   day of July, 2017

By _____

Mary S. Jennings

+



**F**

 SCREENED

US POSTAGE AND FEES PAID
JUL 6 2017    Mailed from ZIP 28461
1 oz First-Class Pkg Svc
Commercial Base Price



endicia.com    071V01217565

## USPS FIRST-CLASS PKG

MARY JENNINGS
9430 JAMES AYMOND DR
SAINT AMANT LA 70774

**C046**   **0000**

SHIP
TO:

CLERK OF COURT
US DISTRICT COURT
707 Florida St Ste 119
**Baton Rouge, LA 70801-1713**

**USPS TRACKING #**



**9400 1102 0088 2449 8689 21**