IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
For the District of Louisiana

'court of record'

Mary S. Jennings
    Claimant

**SUMMONS**

RICHARD FAIRBANKS
Capital One Bank USA
    Defendants

A claim has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court, Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

    The answer must be served on the Claimant whose name and address is.

I am, without prejudice UCC 1-308

*MARY S Jennings*
By: Mary S. Jennings
9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

By: Clerk of Common Law Court of Record

## IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
### For the District of Louisiana

'court of record'

Mary S. Jennings
    Claimant

Rami F. Symons
    Defendants

A claim has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court. Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

    The answer must be served on the Claimant whose name and address is.

I am, without prejudice UCC 1-308

*MARY S. Jennings*
By: Mary S. Jennings
9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

By: Clerk of Common Law Court of Record

IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
For the District of Louisiana

'court of record'

Mary S. Jennings
    Claimant

J. Ward Conville
    Defendants

A claim has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court. Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

    The answer must be served on the Claimant whose name and address is.

I am, without prejudice UCC 1-308

*Mary S. Jennings*
By: Mary S. Jennings
9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

By: Clerk of Common Law Court of Record

IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
For the District of Louisiana

'court of record'

Mary S. Jennings
    Claimant

CHRISTOPHER COUCH
    Defendants

A claim has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court, Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

The answer must be served on the Claimant whose name and address is.

I am, without prejudice UCC 1-308

*MARY S. Jennings*
By: Mary S. Jennings
9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

By: Clerk of Common Law Court of Record

## IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
### For the District of Louisiana

'court of record'

Mary S. Jennings
    Claimant

Fred N. Blitt
    Defendants

A claim has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court. Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

    The answer must be served on the Claimant whose name and address is.

                              I am, without prejudice UCC 1-308

                              *Mary S. Jennings* (signature)
                            By: Mary S. Jennings
                              9430 James Aymond Dr
                              Saint Amant, LA [70774]

                              msjennings2017@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

By: Clerk of Common Law Court of Record