## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MARY S. JENNINGS**                                                 **CIVIL ACTION**

**VERSUS**                                                                           **NO. 17-480-JWD-RLB**

**CAPITAL ONE BANK USA, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 11, 2017.

                                                                                     **RICHARD L. BOURGEOIS, JR.**
                                                                                     **UNITED STATES MAGISTRATE JUDGE**

**MARY S. JENNINGS**                                                      **CIVIL ACTION**

**VERSUS**                                                                     **NO. 17-480-JWD-RLB**

**CAPITAL ONE BANK USA, ET AL.**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed her Complaint (titled First Cause of Action-Trespass) in this matter on July 21, 2017. (R. Doc. 1). In addition, Plaintiff filed a Motion to Proceed In Forma Pauperis that same day. (R. Doc. 2).

On August 1, 2017, the Court ordered Plaintiff to complete and submit the attached form AO 239 –Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form). (R. Doc. 3). Plaintiff did not file the Long Form as ordered.

On September 1, 2017, the Court ordered Plaintiff to either (1) pay the full filing fee, or (2) complete and submit the previously ordered Long Form to the Court by September 22, 2017. (R. Doc. 6). That Order stated that this "matter will be considered submitted at that time for the issuance of a ruling on Plaintiff's Application To Proceed In District Court Without Prepaying Fees or Costs." Further, the Court ordered the clerk's office to send the order to the plaintiff via certified mail return receipt requested to the address listed on PACER.[1] The Court further stated that "**Failure to comply as ordered may result in dismissal of Plaintiff's claims without further notice.**"

---

[1] The certified mail receipt indicates that the order was sent to plaintiff at her address and received by a "Leslie Magee" on September 21, 2017.

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiff has not paid the $400.00 filing fee or otherwise complied with the Court's orders. Plaintiff has not demonstrated that she is eligible to proceed as a pauper and has not paid the required filing fee. Accordingly, Plaintiff has failed to timely prosecute her case.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that the Motion to Proceed in forma pauperis (R. Doc. 2) be **DENIED** and that this matter be dismissed without prejudice for Plaintiff's failure to pay the filing fee.

Signed in Baton Rouge, Louisiana, on October 11, 2017.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**