UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARY S. JENNINGS

VERSUS

CAPITAL ONE BANK USA, ET AL.

CIVIL ACTION

NO. 17-480-JWD-RLB

## **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated October 1, 2017, to which no objection was filed:

**IT IS ORDERED** that the Motion to Proceed in forma pauperis (R. Doc. 2) is DENIED and that this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**