UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY S. JENNINGS** | **CIVIL ACTION** |
| **VERSUS** | |
| **CAPITAL ONE BANK USA, ET AL.** | **NO. 17-480-JWD-RLB** |

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment shall be entered denying Plaintiff's Motion to Proceed in forma pauperis (R. Doc. 2) and dismissing this matter without prejudice for Plaintiff's failure to pay the filing fee.

Signed in Baton Rouge, Louisiana, on November 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**